# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1950
_____

GEORGE FOUNTAIN III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.


April 16, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

George Fountain III, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.